# U.S. District Court
## Southern District of Florida (Miami)
### CIVIL DOCKET FOR CASE #: 1:20−cv−24754−JEM

| | |
|---|---|
| Rossi v. Gem Nation Corporation | Date Filed: 11/18/2020 |
| Assigned to: Judge Jose E. Martinez | Date Terminated: 04/21/2021 |
| Referred to: Magistrate Judge Jacqueline Becerra | Jury Demand: None |
| Case in other court:  11th Judicial Circuit, Miami−Dade County, FL, 20−21171−CA−05 | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |
| Cause: 28:1441 Notice of Removal−Breach of Contract | |

**Plaintiff**

**Adolpho Rossi**  represented by  **Darin Anthony DiBello**
*an individual*  
Fasi & DiBello, P.A.
Florida
150 S.E. 2nd Avenue
Suite 1010
Miami, FL 33131
305−537−0469
Fax: 305−503−7405
Email: dibello@fasidibellolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gem Nation Corporation**  represented by  **Yanina Zilberman**
*a foreign corporation*  
Egozi & Bennett, P.A.
2999 191st Street, Suite 407
Aventura, FL 33180
9174974849
Email: yanina@egozilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bernard Lewis Egozi**
Egozi & Bennett PA
2999 NE 191st Street
Suite 407
Aventura, FL 33180
305−931−3000
Fax: 931−9343
Email: begozi@egozilaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2020 | Ï 1 | |

| | | |
|---|---|---|
| | | NOTICE OF REMOVAL (STATE COURT COMPLAINT – Adolpho Rossi v. Gem Nation Corporation dba Gemnation) Filing fee $ 400.00 receipt number AFLSDC–13887530, filed by Gem Nation Corporation d/b/a Gemnation, a foreign corporation. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Exhibit Exhibit A, # 3 Exhibit Composite Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D)(Egozi, Bernard) Modified on 11/18/2020 (drz). ( No Answer, Affirmative Defenses or Motion to Dismiss Filed in State Court). (Entered: 11/18/2020) |
| 11/18/2020 | Ï 2 | Clerks Notice of Judge Assignment to Judge Jose E. Martinez.<br><br>Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Jacqueline Becerra is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. (drz) (Entered: 11/18/2020) |
| 11/18/2020 | Ï 3 | Clerks Notice to Filer re: Electronic Case. Party(ies) Improperly Formatted. The Filer failed to enter the party name(s) in accordance with the CM/ECF Format for Adding Parties for Attorneys Guide. The correction was made. It is not necessary to re–file the document. (drz) (Entered: 11/18/2020) |
| 11/18/2020 | Ï 4 | NOTICE OF COURT PRACTICE IN REMOVAL CASES. Status Report due by 12/2/2020. Signed by Judge Jose E. Martinez on 11/18/2020. *See attached document for full details.* (drz) (Entered: 11/18/2020) |
| 11/18/2020 | Ï 5 | ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL SCHEDULE, REQUIRING MEDIATION, AND REFERRING CERTAIN MOTIONS TO MAGISTRATE JUDGE: ( Jury Trial set for 11/22/2021 09:30 AM in Miami Division before Judge Jose E. Martinez., Calendar Call set for 11/18/2021 01:30 PM in Miami Division before Judge Jose E. Martinez.), ( Mediation Deadline 9/23/2021.). Signed by Judge Jose E. Martinez on 11/18/2020. *See attached document for full details.* (drz)<br><br>*Pattern Jury Instruction Builder* – To access the latest, up to date changes to the 11th Circuit Pattern Jury Instructions go to https://pji.ca11.uscourts.gov or click here. (Entered: 11/18/2020) |
| 11/27/2020 | Ï 6 | MOTION to Dismiss for Lack of Jurisdiction 1 Notice of Removal (State Court Complaint),, by Gem Nation Corporation. Responses due by 12/11/2020 (Zilberman, Yanina) (Entered: 11/27/2020) |
| 12/02/2020 | Ï 7 | REPORT REGARDING Removal Status Pursuant to Notice of Court Practice in Removal Cases by Gem Nation Corporation (Zilberman, Yanina) (Entered: 12/02/2020) |
| 12/03/2020 | Ï 8 | Plaintiff's Certificate of Other Affiliates *and Corporate Disclosure Statement* by Adolpho Rossi (DiBello, Darin) (Entered: 12/03/2020) |
| 12/11/2020 | Ï 9 | RESPONSE in Opposition re 6 MOTION to Dismiss for Lack of Jurisdiction 1 Notice of Removal (State Court Complaint),, *PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO FILE WITHIN THE STATUTE OF LIMITATIONS, OR, IN THE ALTERNATIVE, TO TRANSFER* filed by Adolpho Rossi. Replies due by 12/18/2020. (Attachments: # 1 Exhibit 1)(DiBello, Darin) (Entered: 12/11/2020) |
| 12/17/2020 | Ï 10 | Unopposed MOTION for Extension of Time to File Response/Reply/Answer as to 9 Response in Opposition to Motion, by Gem Nation Corporation. (Zilberman, Yanina) (Entered: 12/17/2020) |
| 12/21/2020 | Ï 11 | PAPERLESS ORDER granting 10 Defendant's Unopposed Motion for Extension of Time to File Reply to Plaintiff's Memorandum in Opposition. Because the Court will be closed December 24, 2020, Defendant is granted an extension up to and including December 28, 2020 to file its reply. Signed by Judge Jose E. Martinez on 12/21/2020. (kml) (Entered: 12/21/2020) |
| 12/22/2020 | Ï 12 | |

| | | |
|---|---|---|
| | | Joint SCHEDULING REPORT – **Rule 16.1** by Adolpho Rossi (Attachments: # 1 Election to Jurisdiction by a United States Magistrate Judge for Final Disposition of Motions)(DiBello, Darin) (Entered: 12/22/2020) |
| 12/28/2020 | Ï 13 | REPLY to Response to Motion re 6 MOTION to Dismiss for Lack of Jurisdiction 1 Notice of Removal (State Court Complaint),, filed by Gem Nation Corporation. (Zilberman, Yanina) (Entered: 12/28/2020) |
| 04/21/2021 | Ï 14 | ORDER granting in part 6 Motion to Dismiss for Lack of Jurisdiction. Case Closed. Signed by Judge Jose E. Martinez on 4/20/2021. *See attached document for full details.* (jao) (Entered: 04/21/2021) |
| 04/21/2021 | Ï | Closing Case per Order on 14 (jao) (Entered: 04/21/2021) |